UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS HEATON SPITTERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANTA CLARA COUNTY, CA, A.K.A. COURT INVESTIGATIONS UNIT, ET AL.<br><br>　　　　Defendant. | Case No. 5:18-cv-02760-HRL<br><br>**ORDER FOR REASSIGNMENT TO A DISTRICT JUDGE**<br><br>**REPORT AND RECOMMENDATION RE IFP APPLICATION AND TO DISMISS THE COMPLAINT WITH LEAVE TO AMEND**<br><br>Re: Dkt. No. 2 |

Thomas Heaton Spitters filed a complaint, along with an application to proceed in forma pauperis (IFP). For the reasons to be discussed, this court orders that this case be reassigned to a district judge and recommends that (1) Spitters' IFP application be terminated, without prejudice; and (2) his complaint be dismissed with leave to amend.

A court may authorize the commencement of a civil action in forma pauperis ("IFP") if the court is satisfied that the applicant cannot pay the requisite filing fees. 28 U.S.C § 1915(a)(1). In evaluating such an application, the court should "gran[t] or den[y] IFP status based on the applicant's financial resources alone and then independently determin[e] whether to dismiss the complaint on the grounds that it is frivolous." *Franklin v. Murphy*, 745 F.2d 1221, 1226-27 n.5 (9th Cir. 1984). A court may dismiss a case filed without the payment of the filing fee whenever it determines that the action "(i) is frivolous or malicious; (ii) fails to state a claim on which relief

may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

Spitters did not use the court's usual IFP application form, and the "Short Form" he submitted is ambiguous. Spitters states that he is self-employed, but seems to indicate that he has not received any income from any source. (Dkt. 2 at 1). His application suggests that he has cash and other assets, but Spitters does not identify what they are, saying only that they are "De minimus." (*Id.*at 3). Spitters says he has no monthly expenses and that other debts and financial obligations are "all unknown." While he says that there are persons who depend upon him for support, his application states only: "Various immediate and extended family starting with ex-spouse and child, and in various amounts." (*Id.*). Without a clear picture of Spitters' financial circumstances, the court cannot evaluate whether he is entitled to IFP status. The undersigned therefore recommends that his present application be terminated, without prejudice to Spitters to file a complete application, using the court's usual IFP application form (a courtesy copy is appended to this report and recommendation).

Having also reviewed Spitters' complaint, this court concludes that it must be dismissed because it fails to state claim for relief. It is "clear that [28 U.S.C.] section 1915(e) not only permits but requires a district court to dismiss an in forma pauperis complaint that fails to state a claim." *Lopez v. Smith*, 203 F.3d 1122, 1127 (9th Cir. 2000). To state a claim, a complaint must contain sufficient facts that, if accepted as true, "state a claim to relief that is plausible on its face." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (internal quotation marks omitted); *see also Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007). A complaint is frivolous if "it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

Spitters' one and one-half page complaint alleges that "plaintiff has had plaintiff's First Amendment rights abated along with the right to circulate." (Dkt. 1 at 1). The complaint goes on to allege that defendant, unnamed "defendant's personnel," and unnamed "related parties and associates of defendant" have "restrict[ed] plaintiff's rights, including civil, political and other rights and rights that include the right to communicate freely, right to assemble and to circulate, et propinquum." (*Id.*). Spitters further says that "defendant, defendant's associates and other parties

2

including other individuals as Santa Clara County personnel have held themselves out to plaintiff as actively investigating fact patterns and question, violations, and other items observed and stated to them by plaintiff." (*Id*.). But, "defendant and associates of defendant and related parties" allegedly used "phony logic to avoid properly allowing for plaintiff's rights and proper activities as an autonomous and independent, legal and professional person." (*Id.*). As a result, plaintiff says his "right to income and to work have been permanently abated and plaintiff is hounded by doctors." He seeks $9,945,000.00 in damages. (*Id.* at 2). These allegations are vague, and the complaint lacks sufficient facts and legally coherent theories of liability establishing a plausible claim for relief. The undersigned therefore concludes that the complaint should be dismissed, with leave to amend. *Lopez*, 203 F.3d at 1127-28.

Because the parties have yet to consent to the undersigned's jurisdiction, this court ORDERS the Clerk of the Court to reassign this case to a District Judge. The undersigned further RECOMMENDS that the newly assigned judge (1) terminate Spitters' IFP application, without prejudice to Spitters to file a complete application, using the court's usual IFP application form; and (2) dismiss the complaint with leave to amend. Any party may serve and file objections to this Report and Recommendation within fourteen days after being served. Fed. R. Civ. P. 72.

Dated: June 1, 2018

HOWARD R. LLOYD
United States Magistrate Judge

3

| | Clear Form |

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

8
9
10
11                        Plaintiff,    )    CASE NO. _____
12    vs.                                  )    **APPLICATION TO PROCEED**
                                        )    **IN FORMA PAUPERIS**
13                                          )    **(Non-prisoner cases only)**
14                        Defendant.   )
15

16        I, _____, declare, under penalty of perjury that I am the plaintiff

17 in the above entitled case and that the information I offer throughout this application is true and

18 correct. I offer this application in support of my request to proceed without being required to

19 prepay the full amount of fees, costs or give security. I state that because of my poverty I am

20 unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

21        In support of this application, I provide the following information:

22 1.     Are you presently employed?                    Yes \_\_\_ No \_\_\_

23 If your answer is "yes," state both your gross and net salary or wages per month, and give the

24 name and address of your employer:

25 Gross: _____ Net: _____

26 Employer: _____

27 _____

28 If the answer is "no," state the date of last employment and the amount of the gross and net salary

1 | and wages per month which you received.
2 | ___
3 | ___
4 | ___
5 | 2. Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:
7 |     a. Business, Profession or                    Yes ___ No ___
8 |        self employment?
9 |     b. Income from stocks, bonds,                 Yes ___ No ___
10 |        or royalties?
11 |    c. Rent payments?                             Yes ___ No ___
12 |    d. Pensions, annuities, or                    Yes ___ No ___
13 |       life insurance payments?
14 |    e. Federal or State welfare payments,         Yes ___ No ___
15 |       Social Security or other govern-
16 |       ment source?
17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | ___
20 | ___
21 | 3. Are you married?                              Yes ___ No ___
22 | Spouse's Full Name: ___
23 | Spouse's Place of Employment: ___
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $___                    Net $___
26 | 4. a. List amount you contribute to your spouse's support:$ ___
27 |    b. List the persons other than your spouse who are dependent upon you for support
28 |       and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1         children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2 _____

3 _____

4  5.    Do you own or are you buying a home?      Yes \_\_\_\_ No \_\_\_\_

5 Estimated Market Value: $_____ Amount of Mortgage: $_____

6  6.    Do you own an automobile?                   Yes \_\_\_\_ No \_\_\_\_

7 Make _____ Year _____ Model _____

8 Is it financed? Yes _____ No _____ If so, Total due: $ _____

9 Monthly Payment: $ _____

10  7.    Do you have a bank account?  Yes \_\_\_\_ No \_\_\_\_ (Do not include account numbers.)

11 Name(s) and address(es) of bank: _____

12 _____

13 Present balance(s):  $ _____

14 Do you own any cash?  Yes \_\_\_\_ No \_\_\_\_  Amount: $ _____

15 Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

16 market value.)                                                                          Yes \_\_\_\_ No \_\_\_\_

17 _____

18  8.    What are your monthly expenses?

19 Rent:  $ _____ Utilities: _____

20 Food:  $ _____ Clothing: _____

21 Charge Accounts:

22 <u>Name of Account</u>           <u>Monthly Payment</u>           <u>Total Owed on This Account</u>

23 _____    $ _____    $ _____

24 _____    $ _____    $ _____

25 _____    $ _____    $ _____

26  9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom

27 they are payable.  Do not include account numbers.)

28 _____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ____   No ____

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_____                    _____
    DATE                                         SIGNATURE OF APPLICANT